UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE WASHBURN,

        Plaintiff,

v.

        Case No. 09-CV-10202

        HON. GEORGE CARAM STEEH

GENERAL ELECTRIC CAPITAL,
CORPORATION,

        Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties of record reached a resolution of the above-referenced matter and signed a written settlement agreement. This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

        SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: August 16, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
August 16, 2011 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk